UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIA WINTER, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

RESURGENT CAPITAL SERVICES L.P., *et al.*,

Defendants.

Civil Action No. 3:22-cv-00772 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** having been opened to the Court upon a Motion to Dismiss filed by Defendants Resurgent Capital Services L.P. and Pinnacle Credit Services, LLC (together, "Defendants") seeking to dismiss Plaintiff Civia Winter's ("Plaintiff") Class Action Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 11.) For the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 12th day of May 2023,

**ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for lack of Article III Standing; Plaintiff may file an Amended Complaint consistent with the Court's Opinion within thirty (30) days of this Order's issuance; and it is further

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 11) is **DENIED AS MOOT**.

/s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**